4-5900.040761
DWYER, CONNELL AND LISBONA
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant OFFICER ANDREW O'NEILL

| | |
|---|---|
| Plaintiff, <br> JOSEPH DELLAGO <br><br> vs. <br><br> Defendants, <br> ANDREW O'NEILL, DOUGLAS MAYER, CHRISTOPHER BENNETT, EDWARD GUNNELL, BARRY JOHNSTONE, POLICE DEPARTMENT OF THE BOROUGH OF SPRING LAKE HEIGHTS, BOROUGH OF SPRING LAKE HEIGHTS, and JOHN DOE 1-10 (presently fictitious and unknown) | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action Number: <br> 09-4231(FLW-TJB) <br><br> CIVIL ACTION <br><br> STIPULATION OF DISMISSAL, WITH PREJUDICE *AS TO SPRING LAKE HEIGHTS* |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff **JOSEPH DELLAGO** and Defendant BOROUGH OF SPRING LAKE HEIGHTS, it is hereby stipulated and agreed that the same be dismissed, with prejudice, and without attorney fees and costs as to said parties.

Dated:

Hoagland, Longo, Moran
Dunst and Doukas

By: _____
SUSAN K. O'CONNOR
Attorneys for Defendant
Borough of Spring Lake Heights

Montenegro Thompson
Montenegro and Genz

By: _____
EDWARD A. GENZ
Attorney for Plaintiff

SO ORDERED: _____  2/16/10
FREDA L. WOLFSON, U.S.D.J.